# Notice Recipients

District/Off: 0420−3         User: mobley         Date Created: 9/19/2018
Case: 17−03285−jw           Form ID: trc          Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
543493659   U.S. Bank Trust National Association as     Trustee of Chalet Series III Trust     C/O SN Servicing Corp.     323 5th Street     Eureka, CA 95501

TOTAL: 1